IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TCIF REO CIT, LLC : CIVIL ACTION
 :
  v. :
 : No. 08-2766
PATRICIA R. GRAY, et al. :

## **ORDER**

AND NOW, this 26th day of June, 2009, the "Motion to Proceed in Forma Pauperis" filed by Patricia R. Gray (docket no. 10) and the "Motion to Proceed in Forma Pauperis filed by T. Barry Gray (docket no. 11) are denied, and this action is remanded to the Court of Common Pleas of Delaware County.

BY THE COURT:


 /s/ Edmund V. Ludwig
Edmund V. Ludwig, J.